**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                     NO. 4:24-cr-00182-JM-01

DARRELL LAMONT JAMES                                        DEFENDANT

### AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order (Doc. No. 49) entered on May 15, 2026, is hereby amended to recommend the defendant be designated to FCI Forrest City or FCI Texarkana to allow the defendant to remain near his family.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 20th day of May, 2026.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE